RECEIVED
JUN 3 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Rebecca F. Doherty |
| Re: | United States of America v. John Fontenot<br>Criminal Action No. 01-60127-03 |
| Date: | June 30, 2006 |

## MINUTE ENTRY

The sentencing hearing in this matter will be held at 10:20 a.m. on Tuesday, July 11, 2006.

Approximately 20 minutes have been allotted for the completion of the hearing. Should counsel for any party intend to present evidence or argument anticipated to require more time on the Court's calendar, counsel is ORDERED to contact this Court immediately.

Should any party wish to submit a sentencing memorandum in this matter, such memorandum shall be filed no later than **4:00 p.m. on Friday, July 7, 2006.**

COPY SENT:
DATE: 6-30-06
BY: ABL
TO: RFD
CG
USM
USPO
Clemons
McCovey